IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

    Civil Action 2:12-cv-183
    Judge Michael H. Watson
    Magistrate Judge Elizabeth P. Deavers

**TWELVE THOUSAND EIGHT
HUNDRED TWELVE AND 00/100
DOLLARS ($12,812.00) IN UNITED
STATES CURRENCY,**

    **Defendant.**

## ORDER

This matter is before the Court for consideration of the September 14, 2012 Report and Recommendation of the Magistrate Judge. (ECF No. 15.) The Magistrate Judge recommended that the Court grant Plaintiff's unopposed Motion to Strike Claim and Answer of Michael Caylen Pursuant to Supplemental Rule G(8)(c). (ECF No. 14.)

The Report and Recommendation specifically advised the parties that their failure to object to the Report and Recommendation within fourteen days of the Report would result in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 3, ECF No. 15.) The time period for filing objections to the Report and Recommendation has expired. No party or claimant has objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the

Court **ADOPTS** the Report and Recommendation. (ECF No. 15.) Accordingly, Plaintiff's Motion to Strike Claim and Answer of Michael Caylen Pursuant to Supplemental Rule G(8)(c) is **GRANTED**. (ECF No. 14.) The Court **STRIKES** Michael Caylen's Claim Opposing Forfeiture (ECF No. 7) and Answer to Complaint (ECF No. 10).

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**